**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN FAIROW, JR., ) | |
| ) | **Case No.: 1:10-cv-01192-JBM-JAG** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MONARCH RECOVERY MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JOHN FAIROW, JR., by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
    Adam T. Hill
    Attorneys for Plaintiff
    Krohn & Moss, Ltd.
    120 W. Madison St., 10th Floor
    Chicago, IL 60602
    Phone: (323) 988-2400 ext 238
    Fax: (866) 870-0941
    E-Mail: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to James L. McKnight and Scott G. Thomas, Attorneys for Defendant, by the Court's CM/ECF system.

s/ Adam T. Hill___
Adam T. Hill
Attorney for Plaintiff
