UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN FAIROW, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 10-cv-1192 |
| MONARCH RECOVERY MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## O R D E R  &  O P I N I O N

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 11). The parties report that Plaintiff's claims have been settled and they therefore seek to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Both parties have signed the notice. (Doc. 11). Accordingly, pursuant to Rule 41(a)(1)(A)(ii) Plaintiff's claims are DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

CASE TERMINATED.

Entered this 12th day of November, 2010.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge